IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00635-WYD-BNB

VIVIAL L. RADER, an individual,

    Plaintiff,

v.

CITIBANK (SOUTH DAKOTA, N.A., an enterprise affecting interstate commerce; VARIOUS JOHN & JANE DOES, predicate actors involved in schemes violating federal laws providing that fraud and extortion are criminal offenses,

    Defendants.

---

## ORDER TRANSFERRING CASE

---

    THIS CASE is before the Court on review of the file.  With the approval of Chief Judge Edward W. Nottingham, I transfer this case to Judge Walker Miller, pursuant to D.C.Colo.LCivR 40.1.

    Dated:  July 18, 2007

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge