IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00635-WDM-MEH

VIVIAN L. RADER,

    Plaintiff,

v.

CITIBANK (SOUTH DAKOTA), N.A., *et al.*,

    Defendants.

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

Defendant Citibank has filed a Motion to Dismiss, alleging that Plaintiff's claims are barred by a prior state court judgment [Docket #9]. Plaintiff has filed her response and Defendant his Reply. Defendant has filed a Request for Judicial Notice in Support of Motion to Dismiss [Filed July 17, 2007; Docket #10] and attached evidentiary materials with this motion to support the Motion to Dismiss. Defendant's Request is **granted**, to the extent that the Court will consider these documents as exhibits to Defendant's Motion to Dismiss.

Because Defendant wishes to support its Motion to Dismiss with documents outside the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a motion for summary judgment. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Therefore, either party may submit any additional briefing on the Motion to Dismiss, and in such additional briefing, the Plaintiff may respond to the materials already submitted by the Defendant with any "material made pertinent to such a motion by Rule 56." Fed. R. Civ. P. 12(c). It is ORDERED that any additional briefing by either party must be submitted by **September 14, 2007**.

Dated at Denver, Colorado, this 31st day of August, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge