IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00635-WDM-MEH

VIVIAN L. RADER,

      Plaintiff,

v.

CITIBANK (SOUTH DAKOTA), N.A., et al.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 4, 2007.**

      Plaintiff's Petition for Declarations Under Authority of 28 U.S.C. § 2201, "Creation of Remedy" [Filed July 26, 2007; Docket #21] is **stricken**, for failure to comply with District Judge Walker D. Miller's Pretrial and Trial Procedures 6.3. These procedures are available on the District of Colorado's website at http://www.cod.uscourts.gov/judges_frame.htm.